**Not for Publication**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN L. TAYLOR,<br><br>    *Plaintiff*,<br><br>v.<br><br>AM RETAIL GROUP, INC.; SHAWNDALE JACKSON; TRACEY GEORGE; WILSON'S LEATHER; & JEFF ACKMAN<br><br>    *Defendants*. | Civil Action No. 20-3158 (JMV) (JSA)<br><br>**OPINION & ORDER** |

**John Michael Vazquez, U.S.D.J.**

    Plaintiff Brian L. Taylor has filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  D.E. 92.  The Court has reviewed Plaintiff's application and the supplemental letter filed on the docket.  D.E. 96.  And it

    **APPEARING** that Section 1915(a)(1) provides that "any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor," 28 U.S.C. § 1915(a)(1); and it further

    **APPEARING** that this suit was initially filed by Plaintiff in the Superior Court of New Jersey and then removed to this Court by Defendants on March 23, 2020.  D.E.1; and it further

    **APPEARING** that because this matter was removed, Plaintiff's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 is moot.

    Accordingly, and for good cause shown,

2

IT IS on this 29th day of October, 2021

      **ORDERED** that Plaintiff's application to proceed *in forma pauperis*, D.E. 92, is **DENIED as moot**.

 

_____
John Michael Vazquez, U.S.D.J.