UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BRIAN L. TAYLOR,

        Plaintiff,

v.

AM RETAIL GROUP, INC., *et al.*,

        Defendants.

Civil Action No. 20-03158 (JXN)(JSA)

**ORDER**

**NEALS**, District Judge

    Before the Court is the Report and Recommendation ("R&R") issued by the Honorable Jessica S. Allen, U.S.M.J. ("Judge Allen") dated November 14, 2023 (ECF No. 254) recommending the Court (1) grant Defendants AM Retail Group, Inc. and Shawndale Jackson's (collectively, "Defendants") cross-motion to dismiss Plaintiff Brian L. Taylor's ("Plaintiff") complaint (ECF No. 243) with prejudice for failure to comply with discovery orders; and (2) dismiss Plaintiff's motion to extend fact discovery (ECF No. 241) as moot. The Court has conducted a *de novo* review of the R&R, the parties' submissions, and the record before the Court and decides this matter without oral argument pursuant to Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b). For the reasons set forth in the accompanying Opinion,

    **IT IS** on this 16th day of January 2026,

    **ORDERED** that Judge Allen's R&R dated November 14, 2023 (ECF No. 254) is hereby **ADOPTED**; it is further

    **ORDERED** that Defendants' cross-motion to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 37(b)(2) and 41(b) (ECF No. 243) is **GRANTED**, and Plaintiff's Complaint is hereby **DISMISSED** *with prejudice*; it is further

**ORDERED** that Plaintiff's motion to extend discovery (ECF No. 241) is hereby **DISMISSED AS MOOT**; and it is further

**ORDERED** that the Clerk of Court shall serve a copy of this Order and the accompanying Opinion upon Plaintiff by certified and regular mail to Plaintiff's last known address and **CLOSE** this case.

_____
HONORABLE JULIEN XAVIER NEALS
United States District Judge